UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAVONDA McPHERSON,<br><br>Petitioner,<br><br>v.<br><br>DEBRA PATRICK, Warden,<br><br>Respondent. | No. CV 07-7664-JSL (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: 6/14/11

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE